UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:24-cr-51-WFJ-AAS

DEVIN ALAN RHODEN

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

The defendant, Devin Alan Rhoden, entered a plea of guilty to Count One of the Indictment before Magistrate Judge Amanda Arnold Sansone on May 24, 2024. The Magistrate Judge issued a Report and Recommendation in which she recommended the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

**ACCORDINGLY, IT IS ORDERED AND ADJUDGED**:

1. That the Magistrate Judge's Report and Recommendation be adopted and confirmed and made a part hereof.

2. That the defendant, Devin Alan Rhoden, be adjudicated guilty as to Count One of the Indictment.

3. That sentencing be scheduled for *September 11, 2024, at 11:00 AM.* **Counsel are reminded of the requirement to contact the Courtroom Deputy if this hearing is anticipated to take longer than thirty (30) minutes.**

**DONE** and **ORDERED** in Tampa, Florida 11th day of June, 2024.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
U.S. Pretrial Services
U.S. Probation Office
U.S. Marshal Service